**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:15–bk–01810–CCJ
                                                                                        Chapter 13
Conepcion Saborido

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On March 3, 2015 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   A fully completed Summary of Schedule Statistical Summary of Certain Liabilities and Related Data, Schedules A through J and Statement of Financial Affairs were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the debtor is directed to file the missing schedules with proper declaration of the debtor within 14 days.

   A link to updated forms is available on the Court's website at:
   http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $30.00 amendment fee and provide Proof of Service of the Notice of Commencement of Case to each additional creditor.

   The Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C. § 521(a)(1)(B)(v) (Official Form B22C) was not filed or filed on an outdated form. The Debtor is directed to file a signed Statement of Current Monthly Income and Calculation of Committment Period and Disposable Income using the current form within 14 days. A link to updated forms is available on the Court's website at: http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

   The Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b), or filed an unsigned Chapter 13 Plan. The Debtor is directed to file a signed Chapter 13 Plan within 14 days.

   Pursuant to Fed. R. Bankr. P. 1007(a), the Voluntary Petition was not accompanied by a list containing the names and addresses of the Debtor's creditors nor were the schedules of liabilities (Schedules D through F) filed. The Debtor is directed to file a list containing the names and addresses of the Debtor's creditors in compliance with Local Rule 1007–2 within 7 days.

   The Debtor shall pay unpaid filing fees in the amount of N/A within 7 days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

FOR THE COURT

Dated: March 4, 2015

Lee Ann Bennett , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.