**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                  Case No. 6:15-bk-01810-CCJ
Conepcion Saborido                                                      Chapter 13
       Debtor.
_____/

## DEBTOR'S MOTION TO SHORTEN THE PREJUDICE PERIOD
### "Emergency Hearing Requested"

COMES NOW the Debtor, Conepcion Saborido, by and through her undersigned counsel and files this Motion to Shorten the Prejudice Period states as follows:

1. This case was filed pro se on March 3, 2015.
2. An Order Dismissing Case for Debtor's failure to file schedules, payment plan, statement of current monthly income and master mailing matrix was entered on March 18, 2015.
3. Debtor believed that she was capable of filing her own bankruptcy petition, but once the deficiency was issued on her case she realized that she was unable to meet the requirements of her case.
4. Debtor retained services of undersigned counsel on April 25, 2015.
5. Debtor wishes to file another Chapter 13 Bankruptcy petition so that she can save her homestead and pay the arrearages on same in a Chapter 13 Plan.

WHEREFORE, the Debtor, Conepcion Saborido, respectfully requests that this Court enter an Order Shortening the Prejudice Period.

                                                      Respectfully submitted,
                                                      Robert Sanchez, Esq.
                                                      355 West 49th Street
                                                      Hialeah, FL 33012
                                                      Tel. (305)-687-8008

                                                      By: */s/ Robert Sanchez*
                                                      Robert Sanchez, Esquire
                                                      FBN#0442161