**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmd.uscourts.gov

IN RE:                                          CASE NO.: 6:15-bk-01810-CCJ

CONEPCION SABORIDO,                             Chapter 13

      Debtor.

_____/

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and Belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**EMERGENCY MOTION TO REOPEN CHAPTER 13 CASE SOLELY FOR DETERMINATION OF STAY RELIEF AND RE-CLOSING CASE THEREAFTER**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because Interested Party, Crystal Clear Holdings, LLC seeks a determination that no stay was in effect at the time of the foreclosure sale of a prcel of real property by the virtue of this case filing or granting stay relief *nunc pro tunc* to allow the sale to proceed and requires a hearing on an expedited basis for the following reason: the filing of this case has delayed the innocent third party purchaser from taking complete possession of the subject property and because the filing of this case has caused injury ro the bona fide third prty purchaser for value paid for the real property at the duly scheduled foreclosure sale.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this 4th day of May, 2015.

Respectfully Submitted,

By: _____
D. Jean Ryan, Esq.
8500 SW 92 Street, Suite 202
Miami, FL 33156
Telephone: (305) 275-2733
Florida Bar No.: 396818