## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmd.uscourts.gov

IN RE:                                 Case No.: 6:15-bk-01810-CCJ
                                          Chapter 13

CONEPCION SABORIDO,

       Debtor.
_____/

### NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **May 26, 2015** at **10:30 a.m.**, in **Courtroom D, (6th Floor), George C. Young Federal Courthouse, 400 W. Washington Street, Orlando Florida 32801**, to consider and act upon the following and transact such other business that may come before the court:

**EMERGENCY MOTION TO REOPEN CHAPTER 13 CASE SOLELY FOR DETERMINATION OF STAY RELIEF AND RE-CLOSING CASE THEREAFTER** (Doc. No. 21)

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

DATED: **May 6, 2015**                          By: _/s/ D. Jean Ryan_
                                                                  D. Jean Ryan, Esq.
                                                                  8500 SW 92 Street, Suite 202
                                                                  Miami, FL 33156
                                                                  Telephone: (305) 275-2733
                                                                  Florida Bar No.: 396818
                                                                  jryan@ryanlawpa.com

Case No.: 6:15-bk-01810-CCJ
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above **Notice of Hearing** was served with a copy of the **Emergency Motion to Reopen Chapter 13 Case Solely for Determination of Stay Relief and Re-closing Case Thereafter** (Doc #21) via CM/ECF upon all registered users of CM/ECF in this case; via electronic transmission upon Interested Party Crystal Clear Holdings LLC, 10021 SW 139 St., Miami, FL 33176 and c/o Albert Rey, Esq., adrey@bellsouth.net; and via U.S. mail upon: Robert Sanchez, Esq., counsel for the Debtor, 355 West 49 Street, Hialeah, FL 33012; Conepcion Saborido, 140 East 46 Street, Hialeah, FL 33013-1834; and all other parties on the attached service list.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**RYAN LAW FIRM, P.A.**
Counsel for Interested Party, Crystal Clear Holdings LLC
8500 SW 92nd Street, Suite 202
Miami, Florida 33156
Telephone: (305) 275-2733
Facsimile: (305) 275-2732

By: _D. Jean Ryan_
D. Jean Ryan
Florida Bar No. 396818
jryan@ryanlawpa.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-01810-CCJ<br>Middle District of Florida<br>Orlando<br>Mon May  4 15:47:03 EDT 2015 | Crystal Clear Holdings LLC<br>c/o D. Jean Ryan, Esq.<br>Ryan Law Firm, P.A.<br>8500 SW 92 Street<br>Suite 202<br>Miami, FL 33156-7379 | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 |
| Conepcion Saborido<br>140 East 46 St<br>Hialeah, FL 33013-1834 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Miami-Dade County Tax Collector<br>200 NW 2nd Avenue<br>Miami FL 33128-1733 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| D Jean Ryan +<br>Ryan & Dunn PA<br>Post Office Box 561507<br>Miami, FL 33256-1507 | Robert Sanchez +<br>Robert Sanchez PA<br>355 W 49th Street<br>Hialeah, FL 33012-3715 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11